UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARITESHOMA DODOH,

    Plaintiff,

– *against* –

OLAWANDE AGUNLOYE,
AGUNLOYE DEVELOPMENT
CORPORATION, KATHLEEN
AGUNLOYE, *and* STANLEY JONES

    Defendants.

**ORDER**

15 Civ. 7160 (ER)

Ramos, D.J.:

    On September 9, 2015, Ariteshoma Dodoh, *pro se*, filed a complaint against the defendants, alleging breach of contract. Dodoh filed an affidavit of service on Agunloye Development Corp. on May 5, 2016 and indicated a failure to serve the other defendants on that same day. The defendants have not answered, and no further action has occurred in this case since 2015.

    Accordingly, Dodoh is directed to provide the Court with a status update by Friday, February 28, 2020 and address whether this case may be dismissed under Federal Rule of Civil Procedure 41.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

It is SO ORDERED.

Dated:   January 29, 2020
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.