UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARITESHOMA DODOH,

               Plaintiff,

– *against* –

OLAWANDE AGUNLOYE, AGUNLOYE DEVELOPMENT CORPORATION, KATHLEEN AGUNLOYE, *and* STANLEY JONES

               Defendants.

**ORDER**

15 Civ. 7160 (ER)

RAMOS, D.J.:

    The Court is in receipt of Dodoh's letter dated February 20, 2020. Doc. 13. Dodoh is directed to either serve the individual defendants or show good cause for why they have not been served by March 31, 2020. Failure to do so will result in this action's dismissal as against those defendants pursuant to Federal Rule of Civil Procedure 4(m).

    Dodoh has previously filed an affidavit of service in reference to defendant Agunloye Development Corp. Doc. 11. If she intends to seek a default judgment from this Court against Agunloye Development Corp., she is directed to file an Order to Show Cause by March 31, 2020. The Court's rules for filing an Order to Show Cause are located in the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-edgardo-ramos, at page 9.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

It is SO ORDERED.

Dated:   February 24, 2020
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.