UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARITESHOMA DODOH,

                Plaintiff,

– against –

AGUNLOYE DEVELOPMENT CORPORATION,

                Defendant.

**ORDER**

15 Civ. 7160 (ER)

RAMOS, D.J.:

      The plaintiff, *pro se*, filed this action on September 9, 2015 against Agunloye Development Corporation, as well as three individual defendants. Doc. 1. The plaintiff filed affidavits of service on May 5, 2016 indicating that Agunloye Development Corp., a New York corporation, had been served via the Office of New York's Secretary of State. Docs. 6, 11. He has never successfully served the three individual defendants. After three warnings from the Court, Docs. 5, 12, 14, the Court dismissed this action against the three individual defendants under Federal Rule of Civil Procedure 4(m) and directed the plaintiff to proceed with the prosecution of his action against Agunloye Development Corp. The plaintiff filed a proposed Order to Show Cause on April 13, 2020, Doc. 17, along with an affidavit supporting an anticipated motion for default judgment, Doc. 16.

      Accordingly, the Clerk of Court is respectfully directed to issue a default against Agunloye Development Corporation. The Court will then schedule a Show Cause hearing to consider the issuance of a default judgment against that defendant only.

It is SO ORDERED.

Dated:   April 17, 2020
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.