UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARITESHOMA DODOH,

                Plaintiff,

– against –

AGUNLOYE DEVELOPMENT
CORPORATION,

                Defendant.

**JUDGMENT**

15 Civ. 7160 (ER)

RAMOS, D.J.:

    This action was commenced on September 9, 2015 by the filing of the Complaint by Ariteshoma Dodoh, *pro se*. Doc. 2. A copy of the Summons and Complaint was personally served on the defendant, Agunloye Development Corp., on March 2, 2016, at 4:15 p.m., by delivering to and leaving with Nancy Dougherty, an authorized agent in the Office of the Secretary of the State, State of New York, two (2) true copies of the Summons and Complaint; proof of service was filed on May 5, 2016, Doc. 6. Agunloye Development Corp. has not answered the Complaint and the time for answering the Complaint has expired. Dodoh has established, without opposition, its right to collect amounts due under a loan agreement of September 10, 2009. *See* Doc. 18.

    Accordingly, it is ORDERED, ADJUDGED AND DECREED: That Dodoh have judgment against Agunloye Development Corp. in the liquidated amount of $156,750.00 plus $2395 in costs associated with this action together with prejudgment interest in the amount of 7.85% per annum from September 9, 2015 through entry of judgement, and post judgment interest calculated in accordance with 28 U.S.C. § 1961. The Clerk of

2

Court is respectfully directed to enter judgment, terminate any open motions, and close the case.

It is SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos