UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARITESHOMA DODOH

                               Plaintiff,

         -against-

AGUNLOYE DEVELOPMENT CORPORATION,

                               Defendant.
-------------------------------------------------------------------X

**AMENDED JUDGMENT**

15 Civ. 7160 (ER)

RAMOS, D.J.:

      This action was commenced on September 9, 2015 by the filing of the Complaint by Ariteshoma Dodoh, *pro se*. Doc 2. A copy of the Summons and Complaint was personally served on the defendant, Agunloye Development Corp., on March 2, 2016, at 4:15 p.m., by delivering to and leaving with Nancy Dougherty, an authorized agent in the Office of the Secretary of the State, State of New York, two (2) true copies of the Summons and Complaint; proof of service was filed on May 5, 2016, Doc. 6. Agunloye Development Corp. has not answered the Complaint and the time for answering the Complaint has expired. Dodoh has established, without opposition, its right to collect amounts due under a loan agreement of September 10, 2009. *See* Doc. 18.

      Accordingly, it is ORDERED, ADJUDGED AND DECREED: That Dodoh have judgment against Agunloye Development Corp. in the liquidated amount of $156,750.00 plus $2,395 in costs associated with this action together with prejudgment interest 7.85% per annum from September 9, 2015 through entry of judgment in the amount of $57,422.75, and post judgment interest calculated in accordance with 28 U.S.C. § 1961 by the Clerk of this Court. The Clerk of Court is respectfully directed to terminate Doc. 24.

It is SO ORDERED.

- 2 -

Executed:    April 12    , 2021
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.